IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| DAMIAN J. THOMAS, | : |
|    Plaintiff, | : |
| vs. | :   CIVIL ACTION 16-00105-CB-N |
| KENNETH TYUS, et al, | : |
|    Defendant(s). | : |

ORDER

On March 28, 2016, this Court issued an Order directing Plaintiff to pay the partial filing fee of $44.96 by April 18, 2016 (Doc. 6).   Plaintiff has failed to follow this Court's directive to pay the filing fee as ordered.

Plaintiff is **GRANTED** an extension to pay the partial fee of $44.96 by **May 25, 2016.** Plaintiff is **cautioned that this is his last opportunity to comply with the Court's order** or the Court will enter a recommendation that this action be dismissed without prejudice for failure to prosecute and to obey the Court's order.

The Clerk is **DIRECTED** to send Plaintiff a copy of Doc. 6 along with this order.

     **DONE** this 25th day of April, 2016.

                                                    s/KATHERINE P. NELSON
                                                   UNITED STATES MAGISTRATE JUDGE