\

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| DAMIAN J. THOMAS, | : |
| Plaintiff, | : |
| vs. | :   CIVIL ACTION 16-00105-CB-N |
| KENNETH TYUS, et al, | : |
| Defendant. | : |

## JUDGMENT

It is ORDERED, ADJUDGED, and DECREED that this action be and is hereby DISMISSED without prejudice.

DONE this 15th day of July, 2016.

s/*Charles R. Butler, Jr.*
SENIOR UNITED STATES DISTRICT JUDGE